# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

MICHELLE DESOUZA,

        Plaintiff,

v.                                    Case No. 12-10566

WHITE CASTLE, INC., et al.,

        Defendants.

_____/

## ORDER DISMISSING WITHOUT PREJUDICE THE ACTION AGAINST DEFENDANTS ROLANDA TAYLOR AND PATRICE BROWN

Nothing on the docket in this action shows that Defendants Rolanda Taylor or Patrice Brown received service. The time to serve Taylor or Brown long ago expired. A September 20, 2012, order directed Plaintiff to show cause by September 28, 2012, why the action against Taylor and against Brown should not suffer dismissal without prejudice. Plaintiff submits no response.[1] Accordingly,

IT IS ORDERED that the action against Rolanda Taylor and the action against Patrice Brown are DISMISSED WITHOUT PREJUDICE.

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: October 31, 2012

_____

[1] Although the show cause order issued on September 20, Plaintiff was told at a status conference on September 12 that she needed promptly to submit a paper arguing against the dismissal of Taylor and Brown. Also, nearly a month has passed since the September 28 deadline.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2012, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522