**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHELLE DESOUZA,

              Plaintiff,

vs.

ROLANDA TAYLOR and PATRICE BROWN,
WHITE CASTLE INC., jointly and severally,

              Defendants.

**CASE NO. 2:12-CV-10566**

**HON. ROBERT H. CLELAND**

**MAG. MARK A. RANDON**

---

MICHELLE DESOUZA
950 Whitmore, #208
Detroit, Michigan  48203
(313) 516-4292
Mdes02@yahoo.com
*Plaintiff in Pro Per*

WILLIAM B. BALKE (P35272)
EMILY K. TYLER (P72067)
*LITTLER MENDELSON PLC*
200 Renaissance Center
Suite 3110
Detroit, Michigan  48243
(313) 446-6403 / (313) 446-6411
(313) 446-6405 (FAX)
wbalke@littler.com / etyler@littler.com
*Attorneys for Defendant White Castle*
*  System, Inc. (improperly named White*
*  Castle Inc.)*

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

        At a session of said Court, held in the Federal
Courthouse, City of Detroit, State of Michigan
on January 14, 2013.

     PRESENT:     Honorable Robert H. Cleland
                  United States District Court Judge

      Upon reading the attached Stipulation to Entry of Order of Dismissal with Prejudice, and

the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to either of the parties

This Order resolves the last pending claim and closes the case.


      s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: January 14, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 14, 2013, by electronic and/or ordinary mail.


      s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522